Adco Paper & Packaging Co
1109 Metropolitan Avenue
Brooklyn, NY 11211


AFA Protective Sys. Inc.
155 Michael Drive
Syosset, NY 11791


Aramark Uniform Svcs.
AUS North Lockbox
PO Box 28050
New York, NY 10087


Ata Freight Line LTD.
1325 Franklin Avenue
Suite 500
Garden City, NY 11530


Bursor & Fisher, P.A.
Attn: Scott A. Bursor
888 Seventh Ave.
3rd Floor
New York, NY 10010


CAL Business Solutions
200 Birge Park Road
Harwinton, CT 06791


Carr Business Systems
130 Spagnoli Rd.
Melville, NY 11747


CaseStack
PA Warehouse, DC #6,
Stauffer Industrial Park
Taylor, PA 18517


Cell-Pak (Div. of Fluted
Partition)
850 Union Avenue
Bridgeport, CT 06607


CHEP USA
15226 Collections Center
Chicago, IL 60693

Citibank, N.A.
730 Veterans Mem. Hwy.
Hauppauge, NY 11788


CleerBrook/Tully Env. Inc
972 Nicolls Road
Deer Park, NY 11729


EcoPlast LLC
4619 Surf Avenue
Brooklyn, NY 11224


Emerald Signs
16-32 Decatur Street
Ridgewood, NY 11385


EMSL Analytical, Inc.
200 Route 130 North
Riverton, NJ 08077


England Logistics, Inc.
1325 West 4700 South
Attn: Jonna Biersdorf
Salt Lake City, UT 84104


Finkelstein Thompson LLP
1077 30th Street, N.W.
Suite 150
Attn: Eugene J. Benick
Washington, DC 20007


Food Marketing Solutions
201 Forest Street
Attn: J. Mirotta, Pres.
Harwich, MA 02645


Fox Rothschild LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103


Frank Toscano
c/o Faruqi & Faruqi, LLP
369 Lexington Ave, 10th F
New York, NY 10017

Glove Planet
319 West Ontario
Chicago, IL 60654


Glove Planet
97400 Eagle Way
Chicago, IL 60678


Golick Martins, Inc.
140 Sylvan Avenue
Attn: Mr. Manny Martins
Englewood Cliffs, NJ 07632


Hilo Industrial
345 Oser Avenue
Hauppauge, NY 11788


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Joseph Ebin
c/o Bursor & Fisher, PA
888 Seventh Ave, 3rd Flr.
Attn: Scott A. Bursor
New York, NY 10010


Joseph Ebin
679 West 239th Street
Bronx, NY 10463


Just Truck Repairs
21 Garfield Avenue
Bay Shore, NY 11706


K&G  Power Systems
150 Laser Court
Hauppauge, NY 11788


Kangadis Family Mgmt. LLC
55 Corporate Drive
Hauppauge, NY 11788

Lawrence Stanton
c/o Ray, Mitev & Assocs.
122 North Country Road
Attn: Vesselin Mitev, Esq
Miller Place, NY 11764


Manufacturers Corrugated
Box Co.
58-30 57th Street
Maspeth, NY 11378


Mastercall Communications
39 Broadway
Suite 1850
New York, NY 10006


National Packaging Corp.
14 Campus Drive
Kearny, NJ 07032


NYS Dept. of Tax
PO Box 5300
Albany, NY 12205


PSEG Inc.
P.O. Box 9039
Hicksville, NY 11802


Shohreh Roozrokh
c/o Dollinger, Gonski &
Grossman, Esq.
One Old Country Rd-Ste102
Carle Place, NY 11514


Suffolk Cty. Water Auth.
2045 Route 112
Suite 5
Coram, NY 11727


T-Mobile
PO Box 790047
Saint Louis, MO 63179

T-Mobile
517839597
PO Box 790047
Saint Louis, MO 63179


Talay Trailer Sales &Rent
40 Sweeneydale Avenue
Bay Shore, NY 11706


The B&G Group, Inc.
55 West Ames Court
Suite 400
Plainview, NY 11803


W.B. Mason Co.
PO Box 981101
Boston, MA 02298


W.B.Mason Co., Inc.
PO Box 55840
Boston, MA 02205-5840


Wells Fargo Equipment Fin
300 Tri-State Internation
Suite 400
Lincolnshire, IL 60069


Yeruchum Jenkins
c/o Bursor & Fisher, PA
888 Seventh Ave, 3rd Flr.
Attn: Scott A. Bursor
New York, NY 10010


Yeruchum Jenkins
412 Fenlon Boulevard
Clifton, NJ 07014


ZEP  Manufacturing Co
PO Box 299
Attn: Lenny Albert
Springfield, NJ 07081


ZEP Manufacturing Co.
PO Box 3338
Boston, MA 02241

```
Zoro Tools, Inc.
1445 Armour Boulevard
Mundelein, IL 60060


Zoro Tools, Inc.
PO Box 5233
Janesville, WI 53547
```