## Exhibit "C" to Rule 1007-4 Declaration

### List of Creditors Holding 20 Largest Unsecured Claims

Pursuant to Local Bankruptcy Rule 1007-4(a)(v), the following is a list of those creditors holding the 20 largest unsecured claims against the Debtor. This list has been prepared from the books and records of the Debtor, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure in connection with the filing of the Debtor's chapter 11 petition. This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, (b) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim or (c) claims held by any of the Debtor's employees.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of the Debtor's rights related hereto.

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, Pennsylvania 19103-3222<br>Attn: Gerald Arth, Partner<br>Tel: (215) 299-2720<br>Fax: (215) 299-2150<br>Email: GArth@foxrothschild.com | $352,617.11 | | Legal fees |
| CleerBrook/Tully Environmental Inc.<br>972 Nicols Road<br>Deer Park, New York 11729<br>Attn: Mike Miller<br>Tel: (631) 828-0473<br>Email: MMiller@CleerBrook.us | $5,657.19 | | Pumps authorized industrial waste – hauling company |
| Aramark Uniform Services<br>AUS North Lockbox<br>PO Box 28050<br>New York, New York 10087<br>Attn: Emily Hubble<br>Tel: (800) 504-0328 ext. 753571<br>Email: Emily.Hubble@uniform.aramark.com | $3,653.43 | | Uniforms |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Ata Freight Line LTD.<br>1325 Franklin Avenue<br>Suite 500<br>Garden City, New York 11530<br>Attn: Kelly Turpin<br>Tel: (718) 995-3855 ext 102<br>Email: k.turpin@atafreight.com | $3,237.19 | | Freight company |
| Adco Paper & Packaging Co.<br>1109 Metropolitan Avenue<br>Brooklyn, NY 11211<br>Attn: Harry Carter Sr.<br>Tel: (718) 599-1500<br>Email: harrycartersr@gmail.com | $2,888.00 | | Shrinkwrap packaging |
| Cell-Pak (Division of Fluted Partition)<br>850 Union Avenue<br>Bridgeport, CT 06607<br>Attn:<br>Tel: 203-334-3500<br>Fax: 203-367-5266<br>Email: | $2,214.04 | | Boxes |
| Manufacturers Corrugated Box Co.<br>58-30 57th Street<br>Maspeth, NY 11378<br>Attn:<br>Tel: (718) 894-7200<br>Fax: (718) 894-2567<br>Email: | $1,608.32 | | Boxes |
| Emerald Signs<br>16-32 Decatur Street<br>Ridgewood, NY 11385<br>Attn: Lana<br>Tel: (718) 366.8100<br>Email: emeraldsigns@yahoo.com | $1,524.25 | | Signs on trucks |
| EcoPlast LLC<br>4619 Surf Avenue<br>Brooklyn, New York 11224<br>Attn: Josh Lefkowitz<br>Tel: (718) 996-1800<br>Email: jl@ecoplast.us | $1,297.21 | | Box supplier |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| ZEP Manufacturing Co<br>P.O. Box 299<br>Springfield, NJ 07081<br>Attn: Lenny Albert<br>Tel: (516) 532-0350<br>Email: Leonard.Albert@zep.com | $914.99 | | Cleaning supplies |
| Glove Planet<br>319 West Ontario<br>Chicago, IL 60654<br>Attn: Angela Pappas<br>Tel: (800) 848-0616 ex.235<br>Email: apappas@gloveplanet.com | $856.00 | | Gloves |
| Suffolk Cty. Water Auth.<br>2045 Route 112<br>Suite 5<br>Coram, NY 11727<br>Attn:<br>Tel: (631) 582-2211<br>Email: info@scwa.com | $761.17 | | Water supply |
| Just Truck Repairs<br>21 Garfield Avenue<br>Bay Shore, NY 11706<br>Attn: Janet Tarulli<br>Tel: (631) 254-8862<br>Email: jtar2173@optonline.net | $469.75 | | Repairs on delivery |
| AFA Protective Sys. Inc.<br>155 Michael Drive<br>Syosset, NY 11791<br>Attn:<br>Tel: (516) 496-2322<br>Fax: (516) 496-2848<br>Email: Info@afap.com | $455.15 | | Sprinklers |
| Zoro Tools, Inc.<br>1445 Armour Boulevard<br>Mundelein, IL 60060<br>Attn: Amy Nyborg<br>Tel: (800) 934-2693<br>Email: creditservices@zorotools.com | $297.72 | | Machinery parts |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
| --- | --- | --- | --- |
| CAL Business Solutions<br>200 Birge Park Road<br>Harwinton, CT 06791<br>Attn: Cindy W. Yung<br>Tel: (860) 485-0910 ext. 103<br>Email: CindyY@calszone.com | $232.50 | | Prof. svcs. IT |
| K&G Power Systems<br>150 Laser Court<br>Hauppauge, NY 11788<br>Attn:<br>Tel: (631) 342-1171<br>Email: sales@kgpowersystems.com | $219.00 | | Machinery repair |
| T-Mobile<br>P.O. Box 790047<br>Saint Louis, MO 63179<br>Attn:<br>Tel:<br>Fax:<br>Email: | $185.47 | | Phones |
| Hilo Industrial<br>345 Oser Avenue<br>Hauppauge, NY 11788<br>Attn: Lisa Rivera<br>Tel: (631) 253-2600<br>Email: lrivera@hilousa.com | $165.88 | | Parts forklifts |
| CHEP USA<br>15226 Collections Center<br>Chicago, Illinois 60693<br>Attn: Nicolatte Jassawala<br>Tel: (866) 855-2437<br>Email: Nicolatte.Jassawala@brambles.com | $129.92 | | Pallet company |