**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

KANGADIS FOOD INC.                                    Chapter 11
  d/b/a The Gourmet Factory,
                                  Case No. 14-72649 (REG)

                         Debtor.
----------------------------------------------------------x

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

      On October 7, 2014, Kangadis Food Inc. (the "**Debtor**") filed a First Amended Disclosure Statement (the "**Disclosure Statement**") for its First Amended Plan of Reorganization (the "**Plan**").   The Court has approved the Disclosure Statement, which provides information to assist you in deciding how to vote your Ballot.  If you do not have a Disclosure Statement, you may obtain a copy from SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brian Powers, attorneys for the Debtor, Tel: (516) 479-6300.  Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

      **You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and the classification and treatment of your Claim under the Plan.**

      **If your Ballot is not received by SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brian Powers, either (a) by first class mail, (b) by overnight mail service, or (c) by personal delivery so that, in each case, it is actually received no later than 4:00 p.m. (Eastern Standard Time) on December __, 2014 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the Plan.  Delivery of a Ballot by facsimile, e-mail or any other electronic means will <u>not</u> be accepted or counted.**

      **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class ___ Claim, in the unpaid amount of $_____:

 **Vote on the Plan** **(please check one)**

       [ ] ACCEPTS THE PLAN               [ ] REJECTS THE PLAN

       ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE COUNTED AS AN ACCEPTANCE OF THE PLAN.

Dated: _____

Print or Type Name: _____

Signature: _____

Title: _____
       (if Creditor is Corporation or Partnership)

Name of Corporation: _____

Address: _____

_____

**RETURN THIS BALLOT TO:**

**SILVERMAN ACAMPORA LLP**
Attorneys for the Debtor
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Tel: (516) 479-6300
Attn: Brian Powers

## <u>VOTING INSTRUCTIONS</u>

1.     All capitalized terms used in the Ballot or Voting Instructions but not otherwise defined therein shall have the meaning ascribed to them in the Plan.

2.     The Plan can be confirmed by the Bankruptcy Court, and therefore made binding on you, if it is accepted by the Holders of two-thirds in amount and more than one-half in number of Claims in each Impaired Class voting on the Plan.  Please review the Disclosure Statement for more information.

3.     To ensure that your vote is counted, you must (i) complete the Ballot, (ii) indicate your decision either to accept or reject the Plan, and (iii) sign and return the Ballot to the address set forth herein on or before the Voting Deadline.  **<u>Your Ballot must be received by the Voting Deadline.</u>**

4.     If a Ballot is received after the Voting Deadline, it will not be counted.  **The method of delivery of Ballots is at the election and risk of each Holder of a Claim.**  Except as otherwise provided herein, such delivery will be deemed made only when the original executed Ballot is actually received by SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brian Powers, on or before the Voting Deadline. Instead of effecting delivery by mail, it is recommended, though not required, that such Holders use an overnight or hand delivery service.  In all cases, sufficient time should be allowed to assure timely delivery.  **Delivery of a Ballot by facsimile, e-mail or any other electronic means will not be accepted.**

6.     If multiple Ballots are received from a Holder of Claims with respect to the same Claims prior to the Voting Deadline, the last Ballot timely received will supersede and revoke any earlier received Ballot.

7.     This Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or Interest or an assertion or admission of a Claim or Interest.

8.     Please be sure to sign and date your Ballot. If you are completing the Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing.  In addition, please provide your name and mailing address if different from that set forth on the attached mailing label or, if no such mailing label is attached, on the Ballot.

9.     **THE DEBTOR EXPRESSLY RESERVES THE RIGHT TO OBJECT AT A LATER DATE TO THE AMOUNT ALLEGED TO BE DUE TO THE CREDITOR BY THE DEBTOR OR THE INDEBTEDNESS ASSERTED IN A TIMELY FILED PROOF OF CLAIM.**

### PLEASE RETURN YOUR BALLOT PROMPTLY!

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

KANGADIS FOOD INC.                                    Chapter 11
  d/b/a The Gourmet Factory,
                                                      Case No. 14-72649 (REG)


                           Debtor.
----------------------------------------------------------x

## <u>NON-VOTING STATUS NOTICE</u>

      **PLEASE TAKE NOTICE** that a hearing (the "**Confirmation Hearing**") will be held on **December ___, 2014 at 1:30 p.m. (Eastern Standard Time)** before the Honorable Robert E. Grossman, United States Bankruptcy Judge for the Eastern District of New York, (the "**Bankruptcy Court**") located at United States Bankruptcy Court, Alfonse D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722 to consider confirmation of the First Amended Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (the "**Plan**") proposed by Kangadis Food Inc. (the "**Debtor**"). The Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties. All capitalized terms used, but not defined herein, shall have the meanings given to such terms in the Plan or the Disclosure Statement, as applicable.

      Copies of the First Amended Disclosure Statement, Plan, the order approving the Disclosure Statement, and other Solicitation Package materials, except the Ballots, can be obtained upon written request to counsel to the Debtor, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brian Powers, Tel: (516) 479-6300, or by downloading the aforementioned documents from the PACER website for the United States Bankruptcy Court for the Eastern District of New York at https://ecf.nyeb.uscourts.gov/ (registration required at http://pacer.psc.uscourts.gov).

      Objections, if any, to confirmation of the Plan must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (c) state with particularity the basis and nature of any objection to confirmation of the Plan; (d) conform to the Bankruptcy Rules and the Local Bankruptcy Rules; and, (e) be filed with the Court electronically in accordance with General Order 559 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court for the Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York, with a hard copy delivered directly to the Chambers of the Honorable Robert E. Grossman, and served in accordance with General Order 559 or other form upon: (i) SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300 Jericho, New York 11753, attorneys for the Debtor (Attention: Brian Powers); (ii) Rivkin Radler LLP, 926 RXR Plaza, Uniondale, New York 11556, counsel to Citibank, N.A. (Attn: Stuart Gordon); and (iii) Office of the United States Trustee, Alfonse D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722, (Attn: Stan Y. Yang), so as to be received on or before **4:00 p.m. (Eastern Standard Time)** on **December ___, 2014** (the "**Confirmation Objection Deadline**").

      Replies, if any, to a timely filed objection to confirmation of the Plan shall be filed with the Court, with a hard copy delivered directly to the Chambers of the Honorable Robert E. Grossman, and served in accordance with General Order 559 or other form upon: (i) counsel to

the objecting party; (ii) Rivkin Radler LLP, 926 RXR Plaza, Uniondale, New York 11556, counsel to Citibank, N.A. (Attn: Stuart Gordon); and (iii) Office of the United States Trustee, Alfonse D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722, (Attn:  Stan Y. Yang) so as to be received by **December __, 2014** at **5:00 p.m.**

Under the Plan, holders of Interests in Class 7 will not receive or retain any property under the Plan on account of such Interest and **<u>such Interest shall be extinguished and cancelled</u>**. Therefore, in accordance with Bankruptcy Code §1126(g), holders of Interests in Class 7 are (a) deemed to have rejected the Plan, and (b) not entitled to vote on the Plan.

If you have any questions about the status of your Interest(s), you should contact counsel to the Debtor, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brian Powers, Tel: (516) 479-6300.